AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

United States of America
v.

Carlos Ricardo Ballesteros
*Defendant*

Case No. MJ 15-566

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Date: 12/15/15

*Issuing officer's signature*

City and state: Seattle WA.

Brian Tsuchida US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/15/15, and the person was arrested on *(date)* 12/15/15
at *(city and state)* Seattle, WA.

Date: 01/04/2016

*Arresting officer's signature*

SA Scott Modrett
*Printed name and title*