AO 442 (Rev. 11/11) Arrest Warrant

FILED ENTERED
LODGED RECEIVED

JAN -4 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

United States of America
v.

Carlos Ricardo Ballesteros

Case No. MJ15-566

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) Carlos Ricardo Ballesteros,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: Possession of Methamphetamine with intent to distribute.

Date: 12/15/15

Issuing officer's signature

City and state: Seattle WA

Brian Tsuchida
Printed name and title
Magistrate Judge

### Return

This warrant was received on (date) 12-15-15, and the person was arrested on (date) _____
at (city and state) _____

Date: 12-15-15

Arresting officer's signature

SA Scott Modesitt
Printed name and title

* FAXED TO RJC FOR DETAINER
SM