HONORABLE BRIAN A. TSUCHIDA

IN THE UNITED STATES DISTRICT COURT
WESTER DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. 15-566 BAT |
| vs. | ) | NOTICE OF APPEARANCE |
| CARLOS RICARDO BALLESTEROS, | ) | |
| Defendant. | ) | |

TO: THE UNITED STATES OF AMERICA, Plaintiff
AND TO: NICHOLAS MANHEIM, Assistant United States Attorney

  YOU AND EACH OF YOU will please take notice and are hereby notified that Defendant, **CARLOS RICARDO BALLESTEROS**, hereby enters his appearance in the above-entitled and numbered matter by and through his appointed attorney, BRYAN G. HERSHMAN, and requests that all further pleadings and papers herein be served upon said attorney at the address below stated.

  DATED this 8th day of JANUARY, 2016.

    BY:_____ #14880
    BRYAN G. HERSHMAN WSB#14380
    Attorney for Defendant

NOTICE OF APPEARANCE

**BRYAN G. HERSHMAN**
ATTORNEY AT LAW
1105 Tacoma Ave. S.
Tacoma, Washington 98402
Tacoma: (253) 383-5346
Facsimile: (253) 572-6662

Page -1-