The Honorable Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>and<br><br>CARLOS RICARDO BALLESTEROS,<br><br>Defendant. | NO. 15-566 BAT<br><br>NOTICE OF APPEARANCE |

TO: THE UNITED STATES OF AMERICA, Plaintiff
AND TO: NICHOLAS MANHEIM, Assistant United States Attorney
        YOU, AND EACH OF YOU, ARE HEREBY NOTIFIED  that the above named

Defendant, CARLOS RICARDO BALLESTEROS, enters an appearance in the above-entitled

matter, by and through the undersigned attorney, and directs all further pleadings and documents

regarding this case, exclusive of original process, be served upon Defendant by leaving a copy

thereof at the office of the undersigned attorney at the address given below.  By this appearance,

Defendant preserves all rights pursuant to CrR 3.3.

        DATED this / 3C day of January, 2016.

GARY M. CLOWER WSBA# 13720
Attorney for Defendant

NOTICE OF APPEARANCE
*United States v. Carlos Ricardo Ballesteros; 15-566 BAT*
Page 1 of 1

**GARY M. CLOWER**
ATTORNEY AT LAW
1105 TACOMA AVENUE SOUTH
TACOMA, WASHINGTON 98402
(253) 383-5346
FAX: (253) 572-6662