MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MJ15-00566BAT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF WITHDRAWAL |
| | ) | OF COUNSEL |
| GARY MICHAEL BALLESTEROS, | ) | |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN that Paula Semmes Deutsch withdraws as counsel for Gary Michael Ballesteros.

DATED this 14th day of January, 2016.

Respectfully submitted,

s/ *Paula Semmes Deutsch*
Assistant Federal Public Defender
Attorney for Gary M. Ballesteros
Office of the Federal Public Defender

NOTICE OF WITHDRAWAL
(*Gary Michael Ballesteros*; No. MJ00566BAT) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all parties registered with the CM/ECF system.

s/ *Charlotte Ponikvar*
Paralegal
Office of the Federal Public Defender

NOTICE OF WITHDRAWAL
(*Gary Michael Ballesteros*; No. MJ00566BAT) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**