AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br>_Carlos Ricardo Ballesteros_<br>Defendant | ) ) ) ) ) Case No. _15-566 BAT_ |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: _1/14/2016_

X _Carlos Ballesteros_
Defendant's signature

_[signature] #14380_
Signature of defendant's attorney

_Bryan G. Hershman, WSBA #14380_
Printed name and bar number of defendant's attorney

_1105 Tacoma Ave. S. Tacoma, WA 98402_
Address of defendant's attorney

_bryan@bryanhershman.com_
E-mail address of defendant's attorney

_253-405-4360 cell / 253-383-5346 office_
Telephone number of defendant's attorney

_253-572-6642_
FAX number of defendant's attorney